IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| CCL CUSTOM MANUFACTURING, INC. | ) | |
| Plaintiff, | ) | |
| v. | ) | C.A. No. 05-219 S |
| HILLDRUP COMPANIES, INC. a/k/a HILLDRUP TRANSFER AND STORAGE, INC., GRIFFITH TRUCKING, INC., d/b/a BROADWAY EXPRESS, and POLYPACK, INC. | ) | |
| Defendants. | ) | |

**DEFENDANT, HILLDRUP COMPANIES, INC.'s RULE 7.1 STATEMENT**

Now comes the defendant, Hilldrup Companies, Inc., and hereby states, pursuant to F.R.C.P. 7.1, that there is no parent or publicly held corporation that holds more than 10% or more of its stock.

Respectfully submitted,
HILLDRUP COMPANIES, INC.
By Its Attorneys,

Jason C. Preciphs, Esq. (#6727)
Roberts, Carroll, Feldstein & Peirce
Ten Weybosset Street
Providence, RI 02903-2808
Tel: 401-521-7000
Fax: 401-521-1329

3878-2/268341