RECEIVED
JUN 03 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

CCL CUSTOM MANUFACTURING, INC. :
Plaintiff, :
:
v. : C.A. No. 05-219S
:
HILLDRUP COMPANIES, INC., a/k/a :
HILLDRUP TRANSFER & STORAGE :
INC., GRIFFITH TRUCKING, INC., d/b/a :
BROADWAY EXPRESS and :
POLYPACK, INC., :
Defendants. :

# STIPULATION

It is hereby stipulated and agreed by and between the undersigned that Defendant Polypack, Inc. shall have up to and including June 17, 2005 to respond to the Plaintiff's Complaint in this matter.

CCL CUSTOM MANUFACTURING, INC.,

By Its Attorneys,

Karen A. Pelczarski (mcd)
Mary C. Dunn

Karen A. Pelczarski (#3357)
Mary Cavanagh-Dunn (#6712)
BLISH & CAVANAGH, LLP
30 Exchange Terrace
Providence, Rhode Island 02903
Tel. (401) 831-8900
Fax (401) 751-7542
Date: June 3, 2005

POLYPACK, INC.,

By Its Attorneys,

Charles S. Beal (#5559)
CAMERON & MITTLEMAN LLP
56 Exchange Terrace
Providence, Rhode Island 02903
Tel. (401) 331-5700
Fax (401) 331-5787
Date: June 3, 2005

## CERTIFICATE OF SERVICE

I hereby certify that on this 3d day of June, 2005, a true copy of the within was sent, via first-class mail, postage prepaid, to the following:

Karen A. Pelczarski, Esq.
Mary Cavanagh-Dunn, Esq.
Blish & Cavanagh, LLP
30 Exchange Terrace
Providence, RI 02903

Thomas C. Plunkett, Esq.
Kiernan, Plunkett & Redihan
The Remington Building
91 Friendship Street
Providence, RI 02903

Lee H. Rightmyer, Esq.
Carlton, Fields - Attorneys at Law
One Progress Avenue
200 Central Avenue, Suite 2300
St. Petersburg, FL 33731-2861

John T. Husk, Esq.
Law Office of Seaton & Husk
2240 Gallows Road
Vienna, VA 22182

G:\csb\Polypack\pldgs\stip.doc