**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF RHODE ISLAND**

CCL CUSTOM MANUFACTURING, INC.

VS C. A. NO. 05 219S

HILLDRUP COMPANIES, INC., a/k/a
HILLDRUP TRANSFER & STORAGE
INC., GRIFFITH TRUCKING, INC., d/b/a
BROADWAY EXPRESS AND
POLYPACK, INC.

**GRIFFITH TRUCKING, INC. d/b/a BROADWAY EXPRESS' ANSWER TO CROSS-CLAIMS BY HILLDRUP COMPANIES, INC.**

The defendant, Griffith Trucking, Inc. d/b/a Broadway Express, for answer to the crossclaim of Hilldrup Companies, Inc., hereby states the following:

1. Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 1.

2. Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 2.

3. Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 3.

4. Denies the truth of the allegations contained in paragraph 4.

5. Denies the allegations contained in paragraph 5.

6. Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 6.

7. Denies the truth of the allegations in paragraph 7.

**FIRST AFFIRMATIVE DEFENSE**

8. The cross-claims fail to state claims against Griffith Trucking on which relief may be granted.

**SECOND AFFIRMATIVE DEFENSE**

9. Griffith Trucking's liability, if any, herein, which is denied, is governed by the

terms and provisions of the applicable bill of lading with plaintiff, Griffith Trucking's contract and its applicable tariffs.

**THIRD AFFIRMATIVE DEFENSE**

10. The rights and obligations of the parties are subject to the terms, conditions and limitations of the applicable tariff.

**FOURTH AFFIRMATIVE DEFENSE**

11. The rights and obligations of the parties are subject to the terms and limitations of the contract between the parties.

**FIFTH AFFIRMATIVE DEFENSE**

12. Griffith Trucking's liability, if any, herein, which is denied, is governed by the Carmack Amendment to the Interstate Commerce Act.

**SIXTH AFFIRMATIVE DEFENSE**

13. The cross-claims are barred by the applicable limitation period(s).

**SEVENTH AFFIRMATIVE DEFENSE**

14. All state law claims against Griffith Trucking are preempted by the Carmack Amendment to the Interstate Commerce Act.

WHEREFORE, defendant Griffith Trucking d/b/a Broadway Express demands dismissal of the cross-claims against it, together with costs and such other and further relief as this Court may deem just and proper.

Thomas C. Plunkett (1662)
KIERNAN, PLUNKETT & REDIHAN
The Remington Building
91 Friendship Street
Providence, RI 02903
Telephone: (401) 831-2900

To Karen A. Pelczarski, Esq.
Blish & Cavanagh
30 Exchange Terrace
Providence, RI 02903

Lee H. Rightmyer, Esq.
Carlton, Fields - Attys at Law
One Progress Avenue
200 Central Avenue, Suite 2300
St. Petersburg, FL 33731 2861
Fax 727-822-3768

John T.Husk, Esq.
Law Office of Seaton & Husk
2240 Gallows Road
Vienna, VA 22182
Fax 703-573-9786

CERTIFICATION

I hereby certify that I mailed a copy of the within to counsel of record, as above.

Dated: June 6, 2005 ______________________ S. Harrison