UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| CCL CUSTOM MANUFACTURING, INC., Plaintiff, | : | |
| v. | : | C.A. No. 05-219S |
| HILLDRUP COMPANIES, INC., a/k/a HILLDRUP TRANSFER AND STORAGE INC., GRIFFITH TRUCKING, INC., d/b/a BROADWAY EXPRESS and POLYPACK, INC., Defendants. | : | |

**ANSWER OF POLYPACK, INC. TO CROSSCLAIM OF HILLDRUP COMPANIES, INC.**

Now comes Defendant Polypack, Inc. ("Polypack") and answers the Crosslaim of Defendant Hilldrup Companies, Inc., a/k/a Hilldrup Transfer and Storage Inc. ("Hilldrup") as follows:

1. Polypack denies knowledge or information sufficient to form a belief as to the truth of the allegations stated within Paragraph 1.

2. Polypack denies knowledge or information sufficient to form a belief as to the truth of the allegations stated within Paragraph 2.

3. Denied.

4. Denied.

5. Denied.

6. Denied.

7. Admitted.

8. Polypack denies knowledge or information sufficient to form a belief as to the truth of the allegations stated within Paragraph 8.

9. Polypack denies knowledge or information sufficient to form a belief as to the truth of the allegations stated within Paragraph 9.

8 [sic]. Denied.

Polypack hereby incorporates by reference the Affirmative Defenses set out in its Answer to the Complaint of Plaintiff, CCL Custom Manufacturing, Inc.

WHEREFORE, Defendant Polypack, Inc. makes demand that the Crossclaim of Defendant Hilldrup Companies, Inc., a/k/a Hilldrup Transfer and Storage Inc. be denied, that it be awarded its costs and such other relief as the Court deems just and appropriate.

POLYPACK, INC.,

By Its Attorneys,

Charles S. Beal (#5559)
CAMERON & MITTLEMAN LLP
56 Exchange Terrace
Providence, Rhode Island 02903
Tel. (401) 331-5700
Fax (401) 331-5787

Date: June 17, 2005

**CERTIFICATE OF SERVICE**

I hereby certify that on this 17th day of June, 2005, a true copy of the within was sent, via first-class mail, postage prepaid, to the following:

Karen A. Pelczarski, Esq.
Mary Cavanagh-Dunn, Esq.
Blish & Cavanagh, LLP
30 Exchange Terrace
Providence, RI 02903

Thomas C. Plunkett, Esq.
Kiernan, Plunkett & Redihan
The Remington Building
91 Friendship Street
Providence, RI 02903

Jason C. Preciphs, Esq.
Roberts, Carroll, Feldstein & Peirce
Ten Weybosset Street
Providence, RI 02903-2808

G:\csb\Polypack\pldgs-USDC\answercrossclaim2.doc