UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

CCL CUSTOM MANUFACTURING, INC.
Plaintiff(s)

v.

C.A. No. 05 219S

HILLDRUP COMPANIES, INC. aka HILLDRUP TRANSFER AND STORAGE, INC., GRIFFITH TRUCKING, INC. dba BROADWAY EXPRESS and POLYPACK, INC.
Defendant(s)

MOTION FOR ENTRY OF APPEARANCE
PRO HAC VICE

~~Plaintiff~~/Defendant Griffith Trucking, Inc. d/b/a Broadway Express hereby moves that Sarah L. Fifield be admitted PRO HAC VICE in the above case as associate trial counsel with local associate counsel identified below, on the following grounds:

- The case involves the following complex area of the law, in which pro hac vice counsel specializes: transportation law and carrier's liability.
- Pro hac vice counsel's long-standing representation of the client: Griffith Trucking, Inc. d/b/a Broadway Express
- The local trial bar lacks experience in the field of: __________.
- The case involves complex legal questions under the law of a foreign jurisdiction with which __________ counsel is familiar, specifically : __________.
- The case requires extensive discovery in a foreign jurisdiction convenient to __________ counsel, as follows: __________.
- It is a criminal case, and __________ counsel is defendant's counsel of choice.
- Other: __________.

(~~Plaintiff/~~Defendant)
By: [signature]
Attorney for
Griffith Trucking

DATED: 6/15/05

## ATTORNEY'S CERTIFICATION FOR PRO HAC VICE ADMISSION

I hereby certify as follows:

(1) I am a member in good standing of the bar of the State(s) of New York and Massachusetts and of the following Federal District Court and/or Court of Appeals Bar(s) USDC, Northern District of New York, Southern District of NY, Eastern District of NY, and that my eligibility to practice before those courts has not been restricted in any way.

(2) I have never been disciplined or sanctioned by any court or other body having disciplinary authority over attorneys and there are no disciplinary proceedings pending against me at this time. (If applicant has been sanctioned or disciplined, please provide a full explanation.)

(3) I have never been convicted of any crime other than minor traffic offenses. (If applicant has been convicted, please provide full explanation.)

(4) During the past 24 months I have appeared and applied to be admitted in a case in this district. (If you have appeared or applied for pro hac vice admission, please provide the dates, case names and name of the judge who presided). I am currently admitted in the case of Jason York et al v. Day Transfer Co. et als, C.A. #04-551S pending before Judge Smith.

(5) I understand my obligation to notify this Court immediately of any changed circumstances that affect my answers to the preceding questions.

(6) I have read, acknowledge, and agree to observe and to be bound by the local rules and orders of this Court, including the Rules of Professional Conduct of the Rhode Island Supreme Court, as adopted by this Court as the standard of conduct for all attorneys appearing before it.

(7) For purposes of this case I have associated with local associate counsel identified below, and have read, acknowledge, and will observe the requirements of this Court respecting the participation of local associate counsel, as set out in Local Rule 5, recognizing that failure to do so may result in my being disqualified, either upon the Court's motion or motion of other parties in the case.

---

I certify that I have read and join in the foregoing motion, and acknowledge and agree to observe the requirements of Local Rule 5 in its entirety and as it relates to the participation and responsibilities of Local associate counsel.

| | |
|---|---|
| Sarah L. Fifield | Local Associate Counsel |
| Name | Thomas C. Plunkett 1661 |
| | R.I. Bar ID # |
| Dombroff & Gilmore | KIERNAN, PLUNKETT & REDIHAN |
| Firm Name | Firm Name |
| 40 Broad Street, Suite 2000 | 91 Friendship Street |
| Business Address | Business Address |
| New York, NY 10004-2381 | Providence, RI 02903 |
| 212-742-8450 Tel. # / 212-742-0161 Fax # | 401-831-2900 Tel. # / 401-331-7123 Fax # |

---

**Order :** This motion is hereby ______________.

______________
U.S. District Judge
Date: ______________

To Karen A. Pelczarski, Esq.
Blish & Cavanagh
30 Exchange Terrace
Providence, RI 02903

Lee H. Rightmyer, Esq.
Carlton, Fields - Attys at Law
One Progress Avenue
200 Central Avenue, Suite 2300
St. Petersburg, FL 33731 2861

John T.Husk, Esq.
Law Office of Seaton & Husk
2240 Gallows Road
Vienna, VA 22182

Charles S. Beal, Esq.
Cameron & Mittleman
56 Exchange Terrace
Providence, RI 02903

Jason C. Preciphs, Esq.
Roberts Carroll Feldstein & Peirce
Ten Weybosset Street
Providence, RI 02903

CERTIFICATION

I hereby certify that I mailed a copy of the within to counsel of record, as above.

Dated: June 15, 2005 ______________________ Barbara Brown