**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| CCL CUSTOM MANUFACTURING, INC.,<br><br>Plaintiff<br><br>v.<br><br>HILLDRUP COMPANIES, INC., a/k/a HILLDRUP TRANSFER AND STORAGE, INC., GRIFFITH TRUCKING, INC., d/b/a BROADWAY EXPRESS, and POLYPACK, INC.,<br><br>Defendants | : | C.A. No. 05-219S |

**PLAINTIFF CCL CUSTOM MANUFACTURING INC.'S RULE 7.1 STATEMENT**

Plaintiff CCL Custom Manufacturing Inc. ("CCL") pursuant to Rule 7.1 of the Federal Rules of Civil Procedure hereby submits the following corporate disclosure statement:

CCL is a corporation duly organized under the laws of the State of Texas, with a principal place of business in Cumberland, Rhode Island. On May 17, 2005, CCL was acquired by KCP Income Fund, and is now operating under the business name of KIK Custom Products, Inc. KCP Income Fund is wholly owned by KIK Holdings Limited, a Delaware limited partnership, which includes the following entities:

KIK Operating Trust;

KIK GenPar Limited, a Canadian corporation;

KIK LP Holdings Inc., a Canadian corporation;

KIK Acquisition Company, a Nova Scotian unlimited liability company;

KIK Holdco Company, a Nova Scotian unlimited liability company;

KOP Holdings Company, a Nova Scotian unlimited liability company;

BLISH & CAVANAGH
COUNSELLORS AT LAW
COMMERCE CENTER
30 EXCHANGE TERRACE
PROVIDENCE, RI 02903-1765
(401) 831-8900
FAX (401) 751-7542

3068072 Nova Scotia Company;

KIK International LLC, a Delaware limited liability company;

KIK (Houston) Inc., a Delaware corporation;

KIK-NoCal Inc., a Delaware corporation;

[illegible]

KIK (Tacoma) Inc., a Delaware corporation;

HI-LEX LLC, a Delaware corporation;

KIK Operating Partnership, a Canadian partnership; and

KIK Nominee Inc., a Canadian corporation.

Plaintiff,
CCL CUSTOM MANUFACTURING, INC.
By its attorneys,

Karen A. Pelczarski, Esquire #3357
Mary Cavanagh Dunn, Esquire #6712
Blish & Cavanagh, LLP
30 Exchange Terrace
Providence, Rhode Island 02903
(401) 831-8900
(401) 751-7542 telefax