IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| CCL CUSTOM MANUFACTURING, INC. | : | |
| Plaintiff, | : | |
| v. | : | C.A. No. 05-219 S |
| HILLDRUP COMPANIES, INC. a/k/a HILLDRUP TRANSFER AND STORAGE, INC., GRIFFITH TRUCKING, INC., d/b/a BROADWAY EXPRESS, and POLYPACK, INC. | : | |
| Defendants. | : | |

**ANSWER OF HILLDRUP COMPANIES, INC., A/K/A HILLDRUP TRANSFER AND STORAGE, INC., TO CROSS-CLAIM OF GRIFFITH TRUCKING, INC., D/B/A BROADWAY EXPRESS**

Now comes Defendant, Hilldrup Transfer and Storage, Inc., ("Hilldrup"), and answers the Cross-Claim of Defendant Griffith Trucking, Inc., d/b/a Broadway Express, ("Griffith"), as follows:

43. Hilldrup denies that it is liable for any portion of any verdict or judgment that may be recovered against Griffith and further denies that Hilldrup will be bound to indemnify Griffith for any amount of any such recovery. Defendant Hilldrup hereby incorporates by reference the Affirmative Defenses set forth in its Answer to the Complaint of Plaintiff, CCL Custoom Manufacturing, Inc.

WHEREFORE, Defendant, Hilldrup Transfer and Storage, Inc., hereby demands judgment against Defendant Griffith Trucking, Inc., d/b/a Broadway Express, on its Crossclaims and requests the award of interest and costs associated with the defense of same.

Respectfully submitted,
HILLDRUP COMPANIES, INC.
By Its Attorneys,

Jason C. Preciphs, Esq. (#6727)
Tel: 401-521-7000
Fax: 401-521-1329

3878-2/270368

CERTIFICATION

I hereby certify that on the 30th day of June, 2005, a true and accurate copy of the within ANSWER TO CROSS-CLAIM was mailed, via First Class Mail, postage prepaid, to:

Karen A. Pelczarski, Esq.
Mary Cavanagh-Dunn, Esq.
Blish & Cavanagh, LLP
30 Exchange Terrace
Providence, RI 02903

Thomas C. Plunkett, Esq.
KIERNAN, PLUNKETT & REDIHAN
The Remington Building
91 Friendship Street
Providence, RI 02903

Charles S. Beaal, Esq.
Cameron & Mittleman, LLP
56 Exchange Terrace
Providence, RI 02903

Sarah L. Fifield, Esq.
Dombroff & Gilmore
40 Broad Street
Suite 2000
New York, NY 10004-2381

John Husk, Esq.
Law Office of Seaton & Husk
2240 Gallows Road
Vienna, VA 22182

Deborah M. Hasting [signature]