IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| CCL CUSTOM MANUFACTURING, INC.<br><br>Plaintiff,<br><br>v.<br><br>HILLDRUP COMPANIES, INC. a/k/a HILLDRUP TRANSFER AND STORAGE, INC., GRIFFITH TRUCKING, INC., d/b/a BROADWAY EXPRESS, and POLYPACK, INC.<br><br>Defendants. | : | C.A. No. 05-219 S |

**ANSWER OF HILLDRUP COMPANIES, INC., A/K/A HILLDRUP TRANSFER AND STORAGE, INC., TO CROSS-CLAIM OF POLYPACK, INC.**

Now comes Defendant, Hilldrup Transfer and Storage, Inc., ("Hilldrup"), and hereby answers the Cross-Claim of Defendant, Polypack, Inc., ("Polypack"), as follows:

1. Defendant Hilldrup denies the allegations contained within paragraph 1.

2. Defendant Hilldrup denies the allegations contained within paragraph 2.

3. Defendant Hilldrup denies the allegations contained within paragraph 3.

Defendant, Hilldrup, hereby incorporates by reference the Affirmative Defenses set forth in its Answer to the Complaint of Plaintiff, CCL Custoom Manufacturing, Inc.

WHEREFORE, Defendant, Hilldrup Transfer and Storage, Inc., hereby demands dismissal of Cross-claims asserted and/or judgment against Defendant, Polypack, Inc., on said Cross-claims and hereby requests the award of interest and costs associated with the defense of same along with such other and further relief as the Honorable Court deems just and proper.

Respectfully submitted,
HILLDRUP COMPANIES, INC.
By Its Attorneys,

Jason C. Preciphs, Esq. (#6727)
Roberts, Carroll, Feldstein & Peirce
Ten Weybosset Street
Providence, RI 02903-2808
Tel: 401-521-7000
Fax: 401-521-1329

CERTIFICATION

I hereby certify that on the 30th day of June, 2005, a true and accurate copy of the within ANSWER TO CROSS-CLAIM was mailed, via First Class Mail, postage prepaid, to:

Karen A. Pelczarski, Esq.
Mary Cavanagh-Dunn, Esq.
Blish & Cavanagh, LLP
30 Exchange Terrace
Providence, RI 02903

Thomas C. Plunkett, Esq.
KIERNAN, PLUNKETT & REDIHAN
The Remington Building
91 Friendship Street
Providence, RI 02903

Charles S. Beal, Esq.
Cameron & Mittleman, LLP
56 Exchange Terrace
Providence, RI 02903

Sarah L. Fifield, Esq.
Dombroff & Gilmore
40 Broad Street
Suite 2000
New York, NY 10004-2381

John Husk, Esq.
Law Office of Seaton & Husk
2240 Gallows Road
Vienna, VA 22182

3878-2/270228