05 083

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

CCL CUSTOM MANUFACTURING, INC.

VS C. A. NO. 05 219S

HILLDRUP COMPANIES, INC., a/k/a
HILLDRUP TRANSFER & STORAGE
INC., GRIFFITH TRUCKING, INC., d/b/a
BROADWAY EXPRESS AND
POLYPACK, INC.

**GRIFFITH TRUCKING, d/b/a BROADWAY EXPRESS'**
**ANSWER TO CROSSCLAIM OF DEFENDANT POLYPACK, INC.**

Defendant GRIFFITH TRUCKING, INC. d/b/a BROADWAY EXPRESS by and through its attorneys Kiernan, Plunkett & Redihan, as and for its answer to the Crossclaims of defendant POLYPACK, INC. contained in POLYPACK'S Answer to the Complaint, hereby states as follows:

1 -3. All of the allegations contained in the crossclaim against defendant GRIFFITH TRUCKING, INC. d/b/a BROADWAY EXPRESS are denied.

**FIRST AFFIRMATIVE DEFENSE**

4. The crossclaims fail to state claims against defendant GRIFFITH TRUCKING, INC. d/b/a BROADWAY EXPRESS on which relief may be granted.

**SECOND AFFIRMATIVE DEFENSE**

5. Defendant GRIFFITH TRUCKING, INC. d/b/a BROADWAY EXPRESS' liability, if any, herein, which is denied, is governed by and limited by the terms and provisions of GRIFFITH TRUCKING, INC. d/b/a BROADWAY EXPRESS' bill of lading, applicable tariffs and other contracts. True and accurate copies of the Bills of Lading are annexed to this defendant's Answer as Exhibit A.

**THIRD AFFIRMATIVE DEFENSE**

6. Defendant GRIFFITH TRUCKING, INC. d/b/a BROADWAY EXPRESS' liability, if any, herein, which is denied, is governed by the Carmack Amendment to the Interstate Commerce Act and the crossclaim asserted by POLYPACK, INC. is preempted.

**FOURTH AFFIRMATIVE DEFENSE**

7. The crossclaim is barred by the applicable limitation period(s).

**FIFTH AFFIRMATIVE DEFENSE**

8. The crossclaim for any common law or state law cause of action for contribution and indemnity are barred by the Carmack Amendment.

**SIXTH AFFIRMATIVE DEFENSE**

9. Defendant GRIFFITH TRUCKING, INC. d/b/a BROADWAY EXPRESS reserves the right to supplement these affirmative defenses.

WHEREFORE, defendant GRIFFITH TRUCKING, INC. d/b/a BROADWAY EXPRESS demands dismissal of the crossclaim against it by POLYPACK, INC. together with costs and such other and further relief as this Court may deem just and proper.

Dated: July 1, 2005

Thomas C. Plunkett (1662)
KIERNAN, PLUNKETT & REDIHAN
The Remington Building
91 Friendship Street
Providence, RI 02903
Telephone: (401) 831-2900

To Karen A. Pelczarski, Esq.
Blish & Cavanagh
30 Exchange Terrace
Providence, RI 02903

John T. Husk, Esq.
Law Office of Seaton & Husk
2240 Gallows Road
Vienna, VA 22182

Charles S. Beal, Esq.
Cameron & Mittleman
56 Exchange Terrace
Providence, RI 02903

Jason C. Preciphs, Esq.
Roberts Carroll Feldstein & Peirce
Ten Weybosset Street
Providence, RI 02903

CERTIFICATION

I hereby certify that I mailed a copy of the within to counsel of record, as above.

Dated: July 1, 2005 B Brown