IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

RECEIVED
JUL 12 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

CCL CUSTOM MANUFACTURING, INC.

Plaintiff,

v.

C.A. No. 05-219 S

HILLDRUP COMPANIES, INC. a/k/a HILLDRUP TRANSFER AND STORAGE, INC., GRIFFITH TRUCKING, INC., d/b/a BROADWAY EXPRESS, and POLYPACK, INC.

Defendants.

**STIPULATION**

In the above-captioned matter, it is hereby agreed between the undersigned parties that the time within which Defendant, HILLDRUP COMPANIES, INC., a/k/a HILLDRUP TRANSFER & STORAGE INC., need serve its Answer to the Cross-claim of Defendant, GRIFFITH TRUCKING, INC., d/b/a BROADWAY EXPRESS, is hereby enlarged up to and including July 1, 2005.

Jason C. Preciphs #6727
Attorney for Defendant
HILLDRUP COMPANIES, INC.
Roberts, Carroll, Feldstein & Peirce
Ten Weybosset Street
Providence, RI 02903
(401) 521-7000; Fax: (401) 521-1328

Thomas C. Plunkett, #4662
Attorney for Defendant
GRIFFITH TRUCKING, INC.
Kiernan, Plunkett & Redihan
The Remington Building
91 Friendship Street
Providence, RI 02903

Dated: June , 2005