UNITED STATES DISTRICT COURT
OF THE DISTRICT OF RHODE ISLAND

CCL CUSTOM MANUFACTURING, INC.

VS. C.A. No. 05-219 S

HILLDRUP COMPANIES, INC., a/k/a
HILLDRUP TRANSFER & STORAGE,
INC., GRIFFITH TRUCKING, INC., d/b/a
BROADWAY EXPRESS AND
POLYPACK, INC.

**MOTION FOR ENTRY OF APPEARANCE**
**PRO HAC VICE**

Defendant, Hilldrup Companies, Inc., hereby moves that John Husk, Esq. be admitted PRO HAC VICE in the above case as associate trial counsel with local associate counsel identified below, on the following grounds:

Pro Hac Vice's counsel's long-standing representation of the client: Hilldrup Companies, Inc.

Defendant,
HILLDRUP COMPANIES, INC.
By Its Attorneys,

Jason C. Preciphs, Esq.
(#6727)
Roberts, Carroll, Feldstein & Peirce
Ten Weybosset Street
Providence, RI 02903-2808
Tel: 401-521-7000
Fax: 401-521-1329

DATED: June 20, 2005.

I hereby certify as follows:

(1) I am a member in good standing of the bar of the State(s) of Virginia and of the following Federal District Court and/or Court of Appeals Bar(s) District Court for the District of DC Eastern District of VA, Western District of VA, Fourth Circuit, Fifth Circuit and DC Circuit Court of Appeals, and that my eligibility to practice before those courts has not been restricted in any way.

(2) I have never been disciplined or sanctioned by any court or other body having disciplinary authority over attorneys and there are no disciplinary proceedings pending against me at this time.

(3) I have never been convicted of any crime other than minor traffic offenses.

(4) During the past 24 months I have not appeared or applied to be admitted in any cases in this district.

(5) I understand my obligation to notify this Court immediately of any changed circumstances that affect my answers to the preceding questions.

(6) I have read, acknowledge, and agree to observe and to be bound by the local rules and orders of this Court, including the Rules of Professional Conduct of the Rhode Island Supreme Court, as adopted by this Court as the standard of conduct for all attorneys appearing before it.

(7) For purposes of this case I have associated with local associate counsel identified below, and have read, acknowledge, and will observe the requirements of this Court respecting the participation of local associate counsel, as set out in Local Rule 5, recognizing that failure to do so may result in my being disqualified, either upon the Court's motion or motion of other parties in this case.

---

I certify that I have read and join in the foregoing motion, and acknowledge and agree to observe the requirements of Local Rule 5 in its entirety and as it relates to the participation and responsibilities of Local associate counsel.

John Husk, Esq.
Law Offices of Seaton & Husk
2240 Gallows Road
Vienna, VA 22182
703-573-0700 (P)
703-573-9786 (F)

Jason C. Preciphs, Esq. (6727)
Roberts, Carroll, Feldstein & Peirce
Ten Weybosset Street, 8th Floor
Providence, Rhode Island 02903
(401) 521-7000
(401)- 521-1328

Order: This Motion is hereby Granted

U.S. District Judge

Date: 7/11/05