7/11

**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

SCANNED

**CCL CUSTOM MANUFACTURING, INC.,**

**Plaintiff,**

**v.**

**HILLDRUP COMPANIES INC. a/k/a HILLRDUP TRANSFER & STORAGE, INC., GRIFFITH TRUCKING, INC., d/b/a BROADWAY EXPRESS and POLYPACK, INC.,**

**Defendants,**

**CA NO. 05-219S**

**NOTICE OF APPEARANCE OF COUNSEL**

I hereby enter my appearance as co-counsel for defendant Griffith Trucking d/b/a Broadway Express.

Dated: July 7, 2005

Respectfully Submitted,

DOMBROFF & GILMORE

By: ______________________
Sarah L. Fifield
40 Broad Street, Suite 2000
New York, N.Y. 10004
Telephone: (212) 742-8450

KIERNAN, PLUNKETT & REDIHAN

Thomas C. Plunkett, Esq.(1662)
The Remington Building
91 Friendship Street
Providence, R.I. 02903
Telephone: (401) 331-7123

Attorneys for Griffith Trucking, Inc.
d/b/a Broadway Express

## CERTIFICATE OF SERVICE

On July 8, 2005, I served a true copy of the annexed **NOTICE OF APPEARANCE OF COUNSEL** upon counsel(s) of record via first-class mail as follows:

Karen Pelczarski, Esq.
Blish & Cavanagh LLP
30 Exchange Terrace
Providence, R.I. 02903

John T. Husk, Esq.
Law Office of Seaton & Husk
2240 Gallows Road
Vienna, VA 22182

Charles S. Beal, Esq.
Cammeron & Mittleman
56 Exchange Terrace
Providence, RI 02903

Jason C. Preciphs, Esq.
Roberts Carroll Feldstain & Peirce
Ten Weybosset Street
Providence, RI 02903

Michele C Chase

55695