**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| CCL CUSTOM MANUFACTURING, INC.,<br><br>Plaintiff<br><br>v.<br><br>HILLDRUP COMPANIES, INC., a/k/a HILLDRUP TRANSFER AND STORAGE, INC., GRIFFITH TRUCKING, INC., d/b/a BROADWAY EXPRESS, and POLYPACK, INC.,<br><br>Defendants | : | C.A. No. 05-219S |

**PLAINTIFF'S MOTION FOR LEAVE TO FILE AN AMENDED COMPLAINT**

Plaintiff, CCL Custom Manufacturing, Inc. hereby moves for leave to file an Amended Complaint pursuant to Rule 15(a) of the Federal Rules of Civil Procedure, in the form affixed hereto as Exhibit A. The grounds for this Motion are more fully set forth in the accompanying Memorandum of Law.

Plaintiff,
CCL CUSTOM MANUFACTURING, INC.
By its attorneys,

Karen A. Pelczarski, Esquire #3357
Mary Cavanagh Dunn, Esquire #6712
Blish & Cavanagh, LLP
30 Exchange Terrace
Providence, Rhode Island 02903
(401) 831-8900
(401) 751-7542 telefax

BLISH & CAVANAGH
COUNSELLORS AT LAW
COMMERCE CENTER
30 EXCHANGE TERRACE
PROVIDENCE, RI 02903-1765
(401) 831-8900
FAX (401) 751-7542

**CERTIFICATE OF SERVICE**

I hereby certify that on this 10th day of August, 2005, I caused a true copy of the within *Plaintiff's Motion for Leave to File An Amended Complaint* to be mailed, postage prepaid to:

Thomas C. Plunkett, Esquire (#1662)
Kiernan, Plunkett & Redihan
The Remington Building
91 Friendship Street
Providence, Rhode Island 02903

Charles S. Beal, Esquire (#5559)
Cameron & Mittleman LLP
56 Exchange Terrace
Providence, Rhode Island 02903

Jason C. Preciphs, Esquire (#6727)
Roberts, Carroll, Feldstein & Peirce
Ten Weybosset Street
Providence, RI 02903-2808

John T. Husk, Esquire
Law Office of Seaton & Husk
2240 Gallows Road
Vienna, VA 22182

Sarah L. Fifield
Dombroff & Gilmore
40 Broad Street
Suite 2000
New York, NY 10004-2381

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| CCL CUSTOM MANUFACTURING, INC., | : | |
| Plaintiff | : | |
| v. | : | C.A. No. 05-219S |
| HILLDRUP COMPANIES, INC., a/k/a HILLDRUP TRANSFER AND STORAGE, INC., GRIFFITH TRUCKING, INC., d/b/a BROADWAY EXPRESS, and POLYPACK, INC., | : | |
| Defendants | : | |

**PLAINTIFF'S MEMORANDUM OF LAW IN SUPPORT OF ITS UNOPPOSED MOTION FOR LEAVE TO FILE AN AMENDED COMPLAINT**

Pursuant to Rule 15(a) of the Federal Rules of Civil Procedure, "leave [to amend a complaint] shall be freely given when justice so requires." Unless there appears to be an adequate reason for the denial of leave to amend, such as undue delay, bad faith, dilatory motive, futility of amendment or prejudice, courts should grant leave to amend complaints. *E.g., Glassman v. Computervision Corp.*, 90 F.3d 617, 622 (1st Cir. 1996).

Justice requires that Plaintiff be permitted to amend its Complaint in this action. As discussed at the Rule 16 conference with the Court and all defendants, Plaintiff seeks leave to file an Amended Complaint to include claims under the Carmack Amendment to the Interstate Commerce Act, 49 U.S.C.§ 14706 ( "Carmack claims"), against all defendants and to correct its corporate name. Plaintiff's Amended Complaint is virtually identical to Plaintiff's original Complaint, as all of the factual allegations are the same and, the only difference is the addition of

BLISH & CAVANAGH
COUNSELLORS AT LAW
COMMERCE CENTER
30 EXCHANGE TERRACE
PROVIDENCE, RI 02903-1765
(401) 831-8900
FAX (401) 751-7542

Carmack claims and the correction of Plaintiff's corporate name, as Plaintiff was recently purchased by a new owner. A copy of Plaintiff's proposed Amended Complaint affixed hereto as Exhibit A.

There is no conceivable prejudice to the defendants by allowing these additional claims because the underlying factual allegations are the same. Moreover, the Carmack Amendment is the jurisdictional basis under which one of the defendants removed the case to federal court, and all defendants have asserted claims arising under the Carmack Amendment in their responsive pleadings. In addition, it is very early in the case, no discovery requests have been exchanged, and as a result no undue delay will result from this amendment. Finally, Plaintiff contends that this request is not made in bad faith or for any dilatory reason, and at the Rule 16 conference with the Court on July 21, 2005, all defendants indicated that they did not oppose this amendment.

## CONCLUSION

Wherefore, Plaintiff CCL Custom Manufacturing, Inc. respectfully moves this Court for Leave to File its Amended Complaint.

Plaintiff,
CCL CUSTOM MANUFACTURING, INC.
By its attorneys,

Karen A. Pelczarski, Esquire #3357
Mary Cavanagh Dunn, Esquire #6712
Blish & Cavanagh, LLP
30 Exchange Terrace
Providence, Rhode Island 02903
(401) 831-8900
(401) 751-7542 telefax

**CERTIFICATE OF SERVICE**

I hereby certify that on this 10th day of August, 2005, I caused a true copy of the within *Memorandum of Law* to be mailed, postage prepaid to:

[illegible]
91 Friendship Street
Providence, Rhode Island 02903

[illegible] Exchange Terrace
Providence, Rhode Island 02903

Jason C. Preciphs, Esquire (#6727)
Roberts, Carroll, Feldstein & Peirce
Ten Weybosset Street
Providence, RI 02903-2808

John T. Husk, Esquire
Law Office of Seaton & Husk
2240 Gallows Road
Vienna, VA 22182

Sarah L. Fifield
Dombroff & Gilmore
40 Broad Street
Suite 2000
New York, NY 10004-2381