05 083

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF RHODE ISLAND**

CCL CUSTOM MANUFACTURING, INC.

VS C. A. NO. 05 219S

HILLDRUP COMPANIES, INC., a/k/a
HILLDRUP TRANSFER & STORAGE
INC., GRIFFITH TRUCKING, INC., d/b/a
BROADWAY EXPRESS AND
POLYPACK, INC.

**IN THE ABOVE ENTITLED CAUSE, IT IS HEREBY AGREED THAT THE FOLLOWING ENTRY BE MADE:**

**Defendant Griffith Trucking hereby requests an extension of time up to and including September 2nd, 2005 to file an objection or other response to plaintiff's motion to amend the complaint.**

Karen Pelczarski, 3357
Blish & Cavanagh
30 Exchange Terrace
Providence, RI 02903

(PLAINTIFF'S ATTORNEY - PRINTED NAME) SIGNATURE)

Sarah L. Fifield
DOMBROFF & GILMORE
40 Broad Street, Suite 2000
New York, New York 10004

(DEFENDANT'S ATTORNEY - PRINTED NAME) (SIGNATURE)