UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

# CLERK'S MINUTES

**CA 05-219S** **DATE: September 15, 2005**

**TITLE: CCL CUSTOM MANUFACTURING, INC. v. HILLDRUP COMPANIES, ET AL**

**MAGISTRATE JUDGE: David L. Martin**

**COURTROOM CLERK: Martha Saucier**

---

**COUNSEL PRESENT:**

**Plaintiff: Mary Dunn**

**Defendant Polypack: Charles Beal**
**Defendant Griffith: Michael Kiernan**

********************************************************************************

**Proceedings: Plaintiff's Motion for Leave to file an Amended Complaint**

**All counsel of record present. Plaintiff argues motion. Defendant Griffith states objections. Court grants in part and denies in part the motion for leave to file an amended complaint.**