UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

RECEIVED
SEP 28 2005

KIK CUSTOM PRODUCTS, INC., f/k/a :
CCL CUSTOM MANUFACTURING, INC. :
Plaintiff, :
:
v. : C.A. No. 05-219S
:
HILLDRUP COMPANIES, INC., a/k/a :
HILLDRUP TRANSFER AND STORAGE :
INC., GRIFFITH TRUCKING, INC., d/b/a :
BROADWAY EXPRESS and :
POLYPACK, INC., :
Defendants. :

## STIPULATION

It is hereby stipulated and agreed by and between the undersigned that Defendant Polypack, Inc. shall have up to and including October 3, 2005 to respond to the First Amended Complaint in this matter.

KIK CUSTOM PRODUCTS, INC., f/k/a
CCL CUSTOM MANUFACTURING, INC.,

By Its Attorneys,

Karen A. Pelczarski (#3357)
Mary Cavanagh-Dunn (#6712)
BLISH & CAVANAGH, LLP
30 Exchange Terrace
Providence, Rhode Island 02903
Tel. (401) 831-8900
Fax (401) 751-7542
Date: September 27, 2005

POLYPACK, INC.,

By Its Attorneys,

Charles S. Beal (#5559)
CAMERON & MITTLEMAN LLP
56 Exchange Terrace
Providence, Rhode Island 02903
Tel. (401) 331-5700
Fax (401) 331-5787
Date: September 26, 2005

ENTER
WILLIAM E. SMITH
U.S. DISTRICT JUDGE
DATE 9/29/05

**CERTIFICATE OF SERVICE**

I hereby certify that on this 28th day of September, 2005, a true copy of the within was sent, via first-class mail, postage prepaid, to the following:

Karen A. Pelczarski, Esq.
Mary Cavanagh-Dunn, Esq.
Blish & Cavanagh, LLP
30 Exchange Terrace
Providence, RI 02903

Jason C. Preciphs, Esq.
Roberts, Carroll, Feldstein & Peirce
Ten Weybosset Street
Providence, RI 02903-2808

Sarah L. Fifield, Esq.
Dombroff & Gilmore
40 Broad Street, Suite 2000
New York, NY 10004

Thomas C. Plunkett, Esq.
Kiernan, Plunkett & Redihan
The Remington Building
91 Friendship Street
Providence, RI 02903

John T. Husk, Esq.
Law Office of Seaton & Husk
2240 Gallows Road
Vienna, VA 22182

G:\csb\Polypack\pldgs-USDC\stip2.doc