05-83

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

CCL CUSTOM MANUFACTURING, INC., CIV NO. 05-219S

Plaintiff,

v.

HILLDRUP COMPANIES INC. a/k/a HILLRDUP TRANSFER & STORAGE, INC., GRIFFITH TRUCKING, INC., d/b/a BROADWAY EXPRESS and POLYPACK, INC.,

Defendants,

**DEFENDANT GRIFFITH TRUCKING, INC. d/b/a BROADWAY EXPRESS' ANSWER TO THE CROSS-CLAIMS OF HILLDRUP COMPANIES INC.**

Defendant GRIFFITH TRUCKING, INC. d/b/a BROADWAY EXPRESS (hereinafter "GRIFFITH TRUCKING") by and through its attorneys Kiernan, Plunkett & Redihan and Dombroff & Gilmore, as and for its answer to the Cross Claims of defendant HILLDRUP COMPANIES, INC. against GRIFFITH TRUCKING contained in HILLDRUP COMPANIES, INC.'s Answer to the First Amended Complaint, by stating as follows:

**AS TO THE CROSS CLAIMS OF HILLDRUP COMPANIES, INC. AGAINST GRIFFITH TRUCKING**

1 -7. All of the allegations contained in the cross claim against defendant GRIFFITH TRUCKING are denied.

**FIRST AFFIRMATIVE DEFENSE**

8. The cross-claims fail to state claims against defendant GRIFFITH TRUCKING, INC. upon which relief may be granted.

**SECOND AFFIRMATIVE DEFENSE**

9. Defendant GRIFFITH TRUCKING, INC.'s liability, if any, herein, which is denied, is governed by and limited by the terms and provisions of GRIFFITH TRUCKING's bill of lading, applicable tariffs and other contracts.

**THIRD AFFIRMATIVE DEFENSE**

10. Defendant GRIFFITH TRUCKING's liability, if any, herein, which is denied, is governed by the Carmack Amendment to the Interstate Commerce Act and the cross claims asserted by HILLDRUP COMPANIES are governed by the Carmack Amendment.

**FOURTH AFFIRMATIVE DEFENSE**

11. The cross-claims are barred by the applicable limitation period(s).

**FIFTH AFFIRMATIVE DEFENSE**

12. The cross claims of any common law or state law cause of action for contribution and indemnity are barred by the Carmack Amendment.

**SIXTH AFFIRMATIVE DEFENSE**

13. Defendant GRIFFITH TRUCKING reserves the right to supplement these affirmative defenses.

WHEREFORE, defendant GRIFFITH TRUCKING, INC. d/b/a BROADWAY EXPRESS demands dismissal of the cross-claims against it by HILLDRUP COMPANIES, INC. together with costs and such other and further relief as this Court may deem just and proper.

Dated: September 30, 2005

Respectfully submitted,

DOMBROFF & GILMORE

By: ______________________
Sarah L. Fifield, Esq.
40 Broad Street, Suite 2000
New York, N.Y. 10004
Telephone: (212) 742-8450

KIERNAN, PLUNKETT & REDIHAN

By: ______________________
Thomas C. Plunkett, Esq.(1662)
91 Friendship Street
Providence, R.I. 02903
Telephone: (401) 831-2900

Attorneys for Defendant
Griffith Trucking, Inc. d/b/a
Broadway Express

## CERTIFICATION

To Karen A. Pelczarski, Esq.
Blish & Cavanagh
30 Exchange Terrace
Providence, RI 02903

John T.Husk, Esq.
Law Office of Seaton & Husk
2240 Gallows Road
Vienna, VA 22182

Charles S. Beal, Esq.
Cameron & Mittleman
56 Exchange Terrace
Providence, RI 02903

Jason C. Preciphs, Esq.
Roberts Carroll Feldstein & Peirce
Ten Weybosset Street
Providence, RI 02903

CERTIFICATION

I hereby certify that I mailed a copy of the within to counsel of record, as above.

Dated: 9/30/05 B DelSignore