**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

RECEIVED
OCT 07 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| CCL CUSTOM MANUFACTURING, INC., | : | |
| Plaintiff | : | |
| v. | : | C.A. No. 05-219S |
| HILLDRUP COMPANIES, INC., a/k/a HILLDRUP TRANSFER AND STORAGE, INC., GRIFFITH TRUCKING, INC., d/b/a BROADWAY EXPRESS, and POLYPACK, INC., | : | |
| Defendants | : | |

**STIPULATION**

It is hereby stipulated and agreed to by and between counsel for the respective parties that Plaintiff CCL Custom Manufacturing, Inc. shall have up to and including September 30, 2005, to answer and/or otherwise respond to Defendant Hilldrup Companies, Inc. a/k/a Hilldrup Transfer and Storage Inc.'s, First Set of Interrogatories, First Request for Admissions and First Request for Production of Documents.

Plaintiff,
By its Attorneys,

Mary C. Dunn

Karen A. Pelczarski #3357
Mary Cavanagh Dunn #6712
BLISH & CAVANAGH, LLP
Commerce Center
30 Exchange Terrace
Providence, Rhode Island 02903
Telephone: (401) 831-8900
Facsimile: (401) 751-7542

Defendant Hilldrup Companies Inc.,
By its Attorneys,

Jason C. Preciphs, Esq. #6727
Roberts, Carroll, Feldstein & Pierce
Ten Weybosset Street
Providence, RI 02903
Telephone: (401) 521-7000
Facsimile: (401) 521-1328

Dated: September 9, 2005

BLISH & CAVANAGH
COUNSELLORS AT LAW
COMMERCE CENTER
30 EXCHANGE TERRACE
PROVIDENCE, RI 02903-1765
(401) 831-8900
FAX (401) 751-7542