UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

CCL CUSTOM MANUFACTURING, INC. :
Plaintiff, :
:
v. : C.A. No. 05-219S
:
HILLDRUP COMPANIES, INC., a/k/a :
HILLDRUP TRANSFER AND STORAGE :
INC., GRIFFITH TRUCKING, INC., d/b/a :
BROADWAY EXPRESS and :
POLYPACK, INC., :
Defendants. :

**ANSWER OF POLYPACK, INC. TO AMENDED CROSS-CLAIM OF GRIFFITH TRUCKING, INC.**

Now comes Defendant Polypack, Inc. ("Polypack") and answers the Cross-Claim of Defendant Griffith Trucking, Inc., d/b/a Broadway Express ("Griffith") as follows:

42. Polypack denies that it is liable for any portion of any verdict or judgment ultimately recovered against Griffith.

Polypack hereby incorporates by reference the Affirmative Defenses set out in its Answer to the Amended Complaint of Plaintiff, CCL Custom Manufacturing, Inc.

WHEREFORE, Defendant Polypack, Inc. demands judgment against Defendant Griffith Trucking, Inc., d/b/a Broadway Express on its Crossclaims and requests its interest and costs for the defense of same.

POLYPACK, INC.,

By Its Attorneys,

Charles S. Beal (#5559)
CAMERON & MITTLEMAN LLP
56 Exchange Terrace
Providence, Rhode Island 02903
Tel. (401) 331-5700
Fax (401) 331-5787

Date: October 11, 2005

**CERTIFICATE OF SERVICE**

I hereby certify that on this 11th day of October, 2005, a true copy of the within was sent, via first-class mail, postage prepaid, to the following:

Karen A. Pelczarski, Esq.
Mary Cavanagh-Dunn, Esq.
Blish & Cavanagh, LLP
30 Exchange Terrace
Providence, RI 02903

Thomas C. Plunkett, Esq.
Kiernan, Plunkett & Redihan
The Remington Building
91 Friendship Street
Providence, RI 02903

Jason C. Preciphs, Esq.
Roberts, Carroll, Feldstein & Peirce
Ten Weybosset Street
Providence, RI 02903-2808

Sarah L. Fifield, Esq.
Dombroff & Gilmore
40 Broad Street, Suite 2000
New York, NY 10004

G:\csb\Polypack\pldgs-USDC\answercrossclaim.doc

**CERTIFICATE OF SERVICE**

I hereby certify that on this 11th day of October, 2005, a true copy of the within was sent, via first-class mail, postage prepaid, to the following:

Karen A. Pelczarski, Esq.
Mary Cavanagh-Dunn, Esq.
Blish & Cavanagh, LLP
30 Exchange Terrace
Providence, RI 02903

Thomas C. Plunkett, Esq.
Kiernan, Plunkett & Redihan
The Remington Building
91 Friendship Street
Providence, RI 02903

Jason C. Preciphs, Esq.
Roberts, Carroll, Feldstein & Peirce
Ten Weybosset Street
Providence, RI 02903-2808

Sarah L. Fifield, Esq.
Dombroff & Gilmore
40 Broad Street, Suite 2000
New York, NY 10004

G:\csb\Polypack\pldgs-USDC\answercrossclaim2.doc