05 083

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF RHODE ISLAND**

CCL CUSTOM MANUFACTURING, INC.

VS C. A. NO. 05 219S

HILLDRUP COMPANIES, INC., a/k/a
HILLDRUP TRANSFER & STORAGE
INC., GRIFFITH TRUCKING, INC., d/b/a
BROADWAY EXPRESS AND
POLYPACK, INC.

**DEFENDANT GRIFFITH TRUCKING, INC. d/b/a BROADWAY EXPRESS' ANSWER TO THE CROSS-CLAIMS OF POLYPACK INC.**

Defendant GRIFFITH TRUCKING, INC. d/b/a BROADWAY EXPRESS (hereinafter "GRIFFITH TRUCKING") by and through its attorneys Kiernan, Plunkett & Redihan and Dombroff & Gilmore, as and for its answer to the Cross Claims of defendant POLYPACK, INC. against GRIFFITH TRUCKING contained in POLYPACK, INC.'s Answer to the First Amended Complaint, by stating as follows:

**AS TO THE CROSS CLAIMS OF HILLDRUP COMPANIES, INC. AGAINST GRIFFITH TRUCKING**

1 -3. All of the allegations contained in the cross claim against defendant GRIFFITH TRUCKING are denied.

**FIRST AFFIRMATIVE DEFENSE**

4. The cross-claims fail to state claims against defendant GRIFFITH TRUCKING, INC. upon which relief may be granted.

**SECOND AFFIRMATIVE DEFENSE**

5. Defendant GRIFFITH TRUCKING, INC.'s liability, if any, herein, which is denied, is governed by and limited by the terms and provisions of GRIFFITH TRUCKING's bill of lading, applicable tariffs and other contracts.

**THIRD AFFIRMATIVE DEFENSE**

6. Defendant GRIFFITH TRUCKING's liability, if any, herein, which is denied, is governed by the Carmack Amendment to the Interstate Commerce Act and the cross claims asserted by POLYPACK, INC. are governed by the Carmack Amendment.

**FOURTH AFFIRMATIVE DEFENSE**

7. The cross-claims are barred by the applicable limitation period(s).

**FIFTH AFFIRMATIVE DEFENSE**

8. The cross claims of any common law or state law cause of action for contribution and indemnity are barred by the Carmack Amendment.

**SIXTH AFFIRMATIVE DEFENSE**

9. Polypack's negligence caused the damage that is the subject of plaintiff's Amended Complaint and Griffith Trucking is entitled to recover on grounds of apportionment.

**SEVENTH AFFIRMATIVE DEFENSE**

10. Defendant GRIFFITH TRUCKING reserves the right to supplement these affirmative defenses.

WHEREFORE, defendant GRIFFITH TRUCKING, INC. d/b/a BROADWAY EXPRESS demands dismissal of the cross-claims against it by POLYPACK, INC. together with costs and such other and further relief as this Court may deem just and proper.

Respectfully submitted,

KIERNAN, PLUNKETT & REDIHAN

By: 
Thomas C. Plunkett, Esq.(1662)
91 Friendship Street
Providence, R.I. 02903
Telephone: (401) 331-7123

DOMBROFF & GILMORE

By Sarah L. Fifield
Sarah L. Fifield, Esq.
40 Broad Street, Suite 2000
New York, N.Y. 10004
Telephone: (212) 742-8450

Attorneys for Defendant
Griffith Trucking, Inc. d/b/a
Broadway Express

To Karen A. Pelczarski, Esq.
Blish & Cavanagh
30 Exchange Terrace
Providence, RI 02903

John T.Husk, Esq.
Law Office of Seaton & Husk
2240 Gallows Road
Vienna, VA 22182

Charles S. Beal, Esq.
Cameron & Mittleman
56 Exchange Terrace
Providence, RI 02903

Jason C. Preciphs, Esq.
Roberts Carroll Feldstein & Peirce
Ten Weybosset Street
Providence, RI 02903

CERTIFICATION

I hereby certify that I mailed a copy of the within to counsel of record, as above.

Dated: October 12, 2005 ______________________ B. Brown