05 083

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF RHODE ISLAND**

CCL CUSTOM MANUFACTURING, INC.

VS C. A. NO. 05 219S

HILLDRUP COMPANIES, INC., a/k/a
HILLDRUP TRANSFER & STORAGE
INC., GRIFFITH TRUCKING, INC., d/b/a
BROADWAY EXPRESS AND
POLYPACK, INC.

MOTION TO AMEND

Now comes the defendant, Griffith Trucking, Inc., d/b/a Broadway Express, in the above matter and moves for leave to file an amended answer to the crossclaim of the co-defendant, Polypack, Inc. The amendment is sought to correct a typographical error contained in the original answer to the crossclaim. The defendant Griffith Trucking, Inc. relies upon the attached memorandum.

Thomas C. Plunkett (1662)
KIERNAN, PLUNKETT & REDIHAN
The Remington Building
91 Friendship Street
Providence, RI 02903
Telephone: (401) 831-2900

To Karen A. Pelczarski, Esq.
Blish & Cavanagh
30 Exchange Terrace
Providence, RI 02903

John T.Husk, Esq.
Law Office of Seaton & Husk
2240 Gallows Road
Vienna, VA 22182

Charles S. Beal, Esq.
Cameron & Mittleman
56 Exchange Terrace
Providence, RI 02903

Jason C. Preciphs, Esq.
Roberts Carroll Feldstein & Peirce
Ten Weybosset Street
Providence, RI 02903

**CERTIFICATION**

I hereby certify that I mailed a copy of the within to counsel of record, as above.

Dated: November 10, 2005 Barbara Brown

05 083

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF RHODE ISLAND**

CCL CUSTOM MANUFACTURING, INC.

VS C. A. NO. 05 219S

HILLDRUP COMPANIES, INC., a/k/a
HILLDRUP TRANSFER & STORAGE
INC., GRIFFITH TRUCKING, INC., d/b/a
BROADWAY EXPRESS AND
POLYPACK, INC.

MEMORANDUM OF THE DEFNDANT GRIFFITH TRUCKING, INC.,
d/b/a BROADWAY EXPRESS IN SUPPORT OF ITS
MOTION TO AMEND

The defendant, Griffith Trucking, Inc., d/b/a Broadway Express, pursuant to FRCP 15 seeks to amend its answer to the crossclaim of the co-defendant Polypack, Inc. A copy of the proposed amended answer is attached. The amendment is sought to correct a typographical error contained in the original answer.

The original answer of the defendant Griffith Trucking, Inc. to the crossclaim of the co-defendant Polypack, Inc. contained a statement on the first page as follows: "AS TO THE CROSSCLAIMS OF HILLDRUP COMPANIES, INC. AGAINST GRIFFITH TRUCKING". The statement should have said, "AS TO THE CROSSCLAIMS OF POLYPACK, INC. AGAINST GRIFFITH TRUCKING". The amended answer contains this correction.

Thomas C. Plunkett (1662)
KIERNAN, PLUNKETT & REDIHAN
The Remington Building
91 Friendship Street
Providence, RI 02903
Telephone: (401) 831-2900

To Karen A. Pelczarski, Esq.
Blish & Cavanagh
30 Exchange Terrace

Providence, RI 02903

John T.Husk, Esq.
Law Office of Seaton & Husk
2240 Gallows Road
Vienna, VA 22182

Charles S. Beal, Esq.
Cameron & Mittleman
56 Exchange Terrace
Providence, RI 02903

Jason C. Preciphs, Esq.
Roberts Carroll Feldstein & Peirce
Ten Weybosset Street
Providence, RI 02903

## CERTIFICATION

I hereby certify that I mailed a copy of the within to counsel of record, as above.

Dated: November 10, 2005

Barbara Braun