05 083

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF RHODE ISLAND**

FILED NOV 10 U.S. DISTRICT COURT DISTRICT OF RHODE ISLAND

CCL CUSTOM MANUFACTURING, INC.

VS C. A. NO. 05 219S

HILLDRUP COMPANIES, INC., a/k/a HILLDRUP TRANSFER & STORAGE INC., GRIFFITH TRUCKING, INC., d/b/a BROADWAY EXPRESS AND POLYPACK, INC.

RECEIVED

NOV 30 2005

DAVID L. MARTIN, U.S. MAGISTRATE JUDGE U.S. DISTRICT COURT, DISTRICT OF RHODE ISLAND

**MOTION TO AMEND**

Now comes the defendant, Griffith Trucking, Inc., d/b/a Broadway Express, in the above matter and moves for leave to file an amended answer to the crossclaim of the co-defendant, Polypack, Inc. The amendment is sought to correct a typographical error contained in the original answer to the crossclaim. The defendant Griffith Trucking, Inc. relies upon the attached memorandum.

GRANTED, no objection having been filed.

David L. Martin

DAVID L. MARTIN
United States Magistrate Judge
December 1, 2005

Thomas C. Plunkett (1662)
KIERNAN, PLUNKETT & REDIHAN
The Remington Building
91 Friendship Street
Providence, RI 02903
Telephone: (401) 831-2900

To Karen A. Pelczarski, Esq.
Blish & Cavanagh
30 Exchange Terrace
Providence, RI 02903

John T.Husk, Esq.
Law Office of Seaton & Husk
2240 Gallows Road
Vienna, VA 22182

Referred to U.S.M.J. Martin
☐ for findings & recommendations
☑ for determination
☐ ____________
William E. Smith, U.S. District Judge
Date 11/29/05