RECEIVED

05 083 JAN 20 2006

Property of U.S. District Court
District of Rhode Island

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

CCL CUSTOM MANUFACTURING, INC.

VS C. A. NO. 05 219S

HILLDRUP COMPANIES, INC., a/k/a
HILLDRUP TRANSFER & STORAGE
INC., GRIFFITH TRUCKING, INC., d/b/a
BROADWAY EXPRESS AND
POLYPACK, INC.

**IN THE ABOVE ENTITLED CAUSE, IT IS HEREBY AGREED THAT THE FOLLOWING ENTRY BE MADE:**

**ALL CLAIMS OF ALL PARTIES ARE HEREBY DISMISSED WITH PREJUDICE.**

Karen Pelczarski, 3357
Blish & Cavanagh
30 Exchange Terrace
Providence, RI 02903

KAREN PELCZARSKI
(PLAINTIFF'S ATTORNEY – PRINTED NAME) SIGNATURE)

Charles S. Beal, Esq.
Cameron & Mittleman
56 Exchange Terrace
Providence, RI 02903

CHARLES S. BEAL
(DEFENDANT'S ATTORNEY – PRINTED NAME) SIGNATURE)

ENTER
WILLIAM E. SMITH
U.S. DISTRICT JUDGE

DATE 1/23/06

Jason C. Preciphs, Esq.
Roberts Carroll Feldstein & Peirce
Ten Weybosset Street
Providence, RI 02903

JASON C. PRECIPHS

(DEFENDANT'S ATTORNEY – PRINTED NAME) SIGNATURE)

Thomas C. Plunkett, Esq.
Kiernan Plunkett & Redihan
91 Friendship Street
Providence, RI 02903

(DEFENDANT'S ATTORNEY – PRINTED NAME) SIGNATURE)

Dated: 1/20/06